Warren Chase and Gordon B. Chase, Plaintiffs-Appellants, v. Lester Schultz and LeRoy Schultz, Trading as Schultz Brothers, Defendants-Appellees.

Gen. No. 10,617.

Roger V. Pierson, for appellants; R. K. Rainey, of counsel; L. D. Spaulding, Jr., for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed December 30, 1952; released for publication January 16, 1953.